IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

    Plaintiff,                              No. CIV S-05-1528 LKK DAD P

vs.

THERESA SCHWARTZ, et al.,

    Defendants.                        FINDINGS & RECOMMENDATIONS

          Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on August 1, 2005. The court's own records reveal that on June 23, 2005, plaintiff filed a third amended complaint containing virtually identical allegations against many of the same defendants. (No. Civ. S-05-0777 LKK PAN P ).[1] In both complaints, plaintiff alleges that he has been subjected to forty-six years of conspiracy, that he is being housed with a person who molested plaintiff when he was a child, and that defendants have committed mail fraud or conspiracy. Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

          In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hart1528.23