IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

    Plaintiff,                    No. CIV S-05-1528 LKK DAD P

    vs.

THERESA SCHWARTZ, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 19, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On October 7, 2005, plaintiff filed a letter indicating that he did not disagree with the findings and recommendations.[1]

/////

---

[1] Plaintiff's requests for assistance to obtain documents supporting his in forma pauperis application in other pending actions should be filed in those cases. Also, any document plaintiff files should contain only one case filing number. Documents containing multiple case filing numbers may be disregarded.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2005, are adopted in full; and

2. This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

DATED:   January 12, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/hart1528.800